UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MATTHEW JOSEPH SHEEHAN,
a.k.a. "MONKEY,"

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**(Possession With Intent to Distribute Methamphetamine)**

On or about June 24, 2023, in Iron County, in the Northern Division of the Western District of Michigan, the defendant,

**MATTHEW JOSEPH SHEEHAN,
a.k.a. "MONKEY,"**

knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance.

**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 841(b)(1)(C)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
PAUL D. LOCHNER
Assistant United States Attorney